IN RE:                                                                In Bankruptcy
DARROW, JEFFREY DEAN                        CASE NO. 12-31000-DOF
                                                              CHAPTER 7
                                                                Honorable: Daniel S. Opperman

_____Debtor._____/

## SUPPLEMENTAL CERTIFICATE OF DISTRIBUTION

Michael A. Mason, Trustee of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. That the Trustee has collected $18,399.75 and disbursed $18,399.75 pursuant to Certificate of Distribution dated January 2, 2013.

3. Pursuant to the January 2, 2013 Certificate of Distribution the Trustee paid the Michigan Department of Treasury $11,460.62 against its $16,792.74 priority tax claim. The Trustee also paid the Internal Revenue Service $3,693.02 against its $5,411.21 priority tax claim.

4. That the Michigan Department of Treasury filed an amended tax claim containing a priority portion of $9,352.39 and a $2,480.68 general unsecured portion.

5. As a result of the amended priority tax claim filed by the Michigan Department of Treasury, it was determined that the Michigan Department of Treasury had been paid $2,108.23 more against its priority claim than the amended claim and the Michigan Department of Treasury returned to the Trustee the $2,108.23 over payment, which funds are deposited in an account in Bank of Kansas City.

6. From the $2,108.23 returned to the Trustee, $1,718.19 should be paid to the Internal Revenue Service against its priority tax claim no. 7 which results in a payment of that priority tax claim in full and thereby leaving $390.04 to be distributed pro rata among general unsecured creditors.

7. Consequently, of the $2,108.23 on hand the following distribution should be made:

| Priority Claims | | Amount Allowed | %Paid | Amount Paid |
|---|---|---|---|---|
| 000007 | INTERNAL REVENUE SERVICE- Allowed amount of $5,411.21. Amount previously paid $3,693.02. Allowed amount balance $1,718.19. | $1,718.19 | %100.0000 | $1,718.19 |
| | | | **Subtotal:** | **$1,718.19** |

| Unsecured Claims | | Amount Allowed | %Paid | Amount Paid |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $3,452.09 | %2.9550 | $102.01 |
| 000002B | MICHIGAN DEPARTMENT OF TREASURY | $2,480.68 | %2.9552 | $73.31 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | $683.61 | %2.9549 | $20.20 |
| 000004 | FRONTIER COMMUNICATIONS | $217.53 | %2.9559 | $6.43 |
| 000005 | PIONEER STATE MUTUAL INS C/O MMCC X | $1,872.88 | %2.9553 | $55.35 |
| 000006 | VERIZON WIRELESS | $934.53 | %2.9544 | $27.61 |
| 000008 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | $3,557.60 | %2.9551 | $105.13 |
| | | | **Subtotal:** | **$390.04** |
| | | | **Total:** | **$2,108.23** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

DATE: <u>February 20, 2013</u>                                       /s/ Michael A. Mason
                                                                                Michael A. Mason, TRUSTEE
                                                                                516 West Court Street
                                                                                Flint, MI 48503
                                                                                Telephone: (810) 234-9201
                                                                                Email: mamtrustee@sbcglobal.net

Prepared By:                                                                         P-17185
Michael A. Mason, Trustee
516 W. Court Street
Flint, MI 48503
Telephone: (810) 234-9201
Email: mamtrustee@sbcglobal.net
P-17185