UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION FLINT

In the Matter of                                    File No. 12-31000

JEFFREY DEAN DARROW,                                Chapter 7

       Debtor.                                       JUDGE DANIEL S. OPPERMAN
_____/

## NOTICE OF UNCLAIMED DIVIDEND

TO THE CLERK OF THE COURT:

Unclaimed dividends are being turned over to the U.S. Bankruptcy Court in the amount of $27.61 for Claim # 000006 Verizon Wireless.

The last known address of the claimant used to forward the above mentioned funds was: Verizon Wireless – P.O. Box 3397, Bloomington, IL 61702

DATED: June 3, 2013

                                   /s/Michael A. Mason
                                   516 W. Court Street
                                   Flint, MI 48503
                                   Telephone: (810) 234-9201
                                   Email: mamtrustee@sbcglobal.net
                                   P17185

Prepared by:
Michael A. Mason (P17185)
516 W. Court Street
Flint, MI 48503-5010
Telephone: (810) 234-9201

1